## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00550-PSF-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CHAD MICHAEL STEWART,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Chad Michael Stewart, now confined in the Douglas County Jail, Castle Rock, Colorado, before a United States Magistrate, forthwith, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 10th day of May, 2006.

s/ Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO