**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Probation Officer: Tony Merlo

Date: November 27, 2006

Criminal Action No.  05-cr-00550-PSF-04

*Parties:*  

*Counsel:*

UNITED STATES OF AMERICA,

Joe Mackey

    Plaintiff,

v.

4.  CHAD MICHAEL STEWART,

Lynn Pierce

    Defendant.

_____

**SENTENCING MINUTES**
_____

**8:31 a.m.**     **Court in session.**

Defendant present on bond.

Also present: Special Agent Kaizad Munshi.

**Change of Plea Hearing:** August 28. 2006.

**Defendant plead guilty to Count Six of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     Government's § 5K1.1 Motion for Substantial Assistance and Downward Departure **(89)** is **granted.**

**ORDER:**     Government's Motion to Dismiss **(90)** is **granted.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Six to a term of imprisonment of **time served.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **three years.**

**Conditions of supervised release:**
- (X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)     Defendant shall not commit another federal, state or local crime.
- (X)     Defendant shall not possess a firearm or destructive device.
- (X)     Defendant shall comply with the standard conditions adopted by the Court.
- (X)     Defendant shall not illegally possess controlled substances.
- (X)     Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**Special conditions of supervised release:**
- (X)     Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X)     Defendant shall be placed on home detention for a period of **three months**, to commence within **21 days** of sentencing.  During this time, defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.
- (X)     Defendant shall maintain a telephone at his place of residence without special services, modems, answering machines, or cordless telephones for the above period.

  (X)  Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department.  Defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**  Bond is discharged.

**8:59 a.m.**  **Court in recess/hearing concluded.**

Total in-court time: 00:28.